IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT RUNDEL**                                                        PLAINTIFF

v.                          No. 3:24-cv-62-DPM

**TURN KEY MEDICAL, Medical
Provider and BAILEY CROCKER,
Former Head Nurse**                                                      DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 4*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2024