IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT RUNDEL**                                                                   PLAINTIFF

v.                              No. 3:24-cv-62-DPM

**TURN KEY MEDICAL, Medical
Provider and BAILEY CROCKER,
Former Head Nurse**                                                              DEFENDANTS

## JUDGMENT

Rundel's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2024