**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT RUNDEL** **PLAINTIFF**

**v.** **No. 3:24-cv-62-DPM**

**TURN KEY MEDICAL, Medical Provider; and BAILEY CROCKER, Former Head Nurse** **DEFENDANTS**

**ORDER**

Rundel's motion to set aside, *Doc. 9*, is denied. The Court adopted the Magistrate Judge's unopposed recommendation and dismissed the complaint in July 2024. *Doc. 5*. Rundel thought his mail would be forwarded, but it was his duty to update his address and prosecute the case. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to send Rundel a copy of *Doc. 5 & 6* to his new address.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

23 September 2026